

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Nina Marie Wood,                          * From the 32nd District Court
                                            of Nolan County,
                                            Trial Court No. 13640.

Vs. No. 11-22-00231-CR                    * November 30, 2023

The State of Texas,                       * Memorandum Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.